■ MICHAEL THOMPSON, Appellant, v 793-97 GARDEN STREET HOUSING DEVELOPMENT FUND CORPORATION, Respondent. [955 NYS2d 870]—

The record demonstrates conclusively that defendant did not own the property that abutted the sidewalk on which plaintiff tripped and fell, and was therefore not responsible for maintaining it in a reasonably safe condition (*see* Administrative Code of City of NY § 7-210; *Montalbano v 136 W. 80 St. CP*, 84 AD3d 600, 602-603 [1st Dept 2011]).

Plaintiff's proposed amendment of his bill of particulars to allege that defendant made special use of the sidewalk is unsupported by evidence that the sidewalk was subject to defendant's control (*see Balsam v Delma Eng'g Corp.*, 139 AD2d 292, 298 [1st Dept 1988], *lv dismissed in part, denied in part* 73 NY2d 783 [1988]). Plaintiff's evidence shows merely that many people, including some of defendant's tenants, use the sidewalk to exit a de facto parking lot on a nearby abandoned dirt road.

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Friedman, J.P., Acosta, Renwick, Richter and Román, JJ.